IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Edward W. Nottingham**

Civil Action No. 04–cv–01841–EWN–CBS

SANDRA BAFIA,

    Plaintiff,

v.

BOARD OF COUNTY COMMISSIONERS, WASHINGTON COUNTY, COLORADO,
in their official and individual capacities;
BOARD OF COUNTY COMMISSIONERS, BOULDER COUNTY, COLORADO,
in their official and individual capacities;
FORMER BOULDER COUNTY SHERIFF GEORGE EPP,
in his official and individual capacity;

    Defendants.

## MINUTE ORDER

EDWARD W. NOTTINGHAM, Judge
Jamie L. Hodges, Secretary

The "Unopposed Motion to Vacate and Reset Hearing on Defendants' Motions for Summary Judgment" (#82, filed March 7, 2006) is GRANTED. The hearing regarding the motion for summary judgment scheduled for March 17, 2006, is VACATED and RESCHEDULED for Friday, **March 31, 2006**, commencing at 4:00 o'clock p.m.

Dated: March 13, 2006